**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01995-WJM-NYW

CHISTOPHER FISCHER,
JESSICA FISCHER,
M.F., (by and through her next friend Jessica Fischer),
T.F. (by and through his next friend Jessica Fischer),

      Plaintiffs,

v.

DREW KLESCEWSKI,
NICOLE BACKUS,
H&M HENNES & MAURITZ LP,
OFFICER JOSH VAUGHN, Broomfield Police Department (sued in his personal capacity for damages),
OFFICER MICHAEL DEEDON, Broomfield Police Department (sued in his personal capacity for damages),
OFFICER JEREMY EHRLICH, Broomfield Police Department (sued in his personal capacity for damages),
SERGEANT HEIDI WALTS, Broomfield Police Department (sued in her personal capacity for damages),

      Defendants.

**ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE**

      IT IS ORDERED that a Scheduling Conference is set for **November 25, 2015 at 9:30 a.m.**, in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

      A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov. The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference.

DATED: October 8, 2015          BY THE COURT:

                                                  s/Nina Y. Wang_____
                                                  United States Magistrate Judge